02-11-108-CR









 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00108-CR

 

 


 
 
 Litika Burks
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM THE 213th
District Court OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

Pursuant
to a plea bargain, the trial court convicted Appellant Litika Burks upon her
plea of guilty to the state jail felony of possession of less than one gram of
a controlled substance, namely: cocaine, and sentenced her to seven months’
confinement.  Appellant filed a timely notice of appeal.

The
trial court’s certification states that this is a plea-bargained case and that
Appellant has no right of appeal.  Accordingly, we informed Appellant by letter
on March 24, 2011, that this case was subject to dismissal unless she or any
party showed grounds for continuing the appeal on or before Monday April 4,
2011.[2] 
Appellant’s response does not show grounds for continuing the appeal.

We
therefore dismiss this appeal.[3]

 

PER
CURIAM

PANEL:  DAUPHINOT,
GARDNER, and WALKER, JJ.

DO
NOT PUBLISH

Tex. R. App.
P. 47.2(b)

DELIVERED:  April 21, 2011









[1]See Tex. R. App. P. 47.4.





[2]See Tex. R. App. P.
25.2(a)(2), (d).





[3]See Tex. R. App. P.
25.2(d), 43.2(f).